7th Avenue
1112 7th Avenue
Monroe, WI 53566


AES / Fed Loan Servicing
PO Box 69184
Harrisburg, PA 17106-9184


Afni, Inc.
PO Box 3517
Bloomington, IL 61702-3517


All Credit Lenders
PO Box 250
Gilberts, IL 60136


Allied Business Accts. Inc.
300 1/2 South 2nd Street
PO Box 1600
Clinton, IA 52733-1600


Allied Interstate
PO Box 4000
Warrenton, Va 20188


AMERICOLLECT
1851 S. Alverno Rd.
PO Box 1566
Manitowoc, WI 54221


Anderson Financial
PO Box 3097
Bloomington , IL 61702-3097


Anderson Financial Network/Bloom
404 Brock Dr.
PO Box 3097
Bloomington, IL 61702

Apollo Group
4615 E. Elwood St.
Phoenix, AZ 85040


Apollo Group Inc.
4615 E. Elwood St.
Dba Univeristy of Phoenix
Phoenix, AZ 85040-1908


Apollo Group, Inc.
4615 Elwood St.


Arnold Scott Harris, P.C.
222 Merchandise Mart Plaza, Suite 1932
Chicago, IL 60654


Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036


Asset Acceptance, LLC
PO Box 2036
Warren, MI 48090-2036


AT&T
1101 S. Canal Street
Chicago, IL 60607


Bally Total Fitness Corporate Office
3220 W. Touhy Ave.
Chicago, IL 60645


Bank of America
320 S. Eastwood Dr.
Woodstock, IL 60098

Bank of America
100 N. Tryon St. #170
Charlotte, NC 28202

Banquet Financial, LLC
898 W. Riverside Blvd. Unit 255
Rockford, IL 61103

BMO Harris Bank, N.A. / Amcore Bank
PO Box 6201
Carol Stream, IL 60197-6201

Cash ASAP
1479 N. State St.
Belvidere, IL 61008

Cash ASAP
4221 E. State Street
Rockford, IL 61108

CheckAdvanceUSA
706 N. 1890 West
Provo, UT 84601

CJD Investments, LLC
c/o Ogden & Company Inc.
1665 N. Water Street
Milwaukee, WI 53202

Comcast
PO Box 3002
Southeastern, PA 19398-3002

Comcast Communications Corp.
One Comcast Center
Philadelphia, PA 19103

ComEd
PO Box 6111
Carol Stream, IL 60197-6111


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Commonwealth Financial Sysytems
245 Main Street
Dickson City, PA 18519


Continental Finance / 1st Bank DE
PO Box 11743
Wilmington, DE 19850


Contract Callers, Inc.
PO Box 212609
Claussen Road Ste. 110
Augusta, GA 30917


Convergent Outsourcing, Inc.
800 SW 39th Street
PO Box 9004
Renton, WI 98057


Credit Protection Association
13355 Noel Rd. Ste. 2100
Dallas, TX 75240


Creditors Protection Serv., Inc.
202 W. State St.
Rockford, IL 61101


Creditors Protection SVC
202 W. State Street Ste. 300
Rockford, IL 61101

Debt Credit Services (2493 Romig Rd, Akr
2493 Romig Rd
Akron, OH 44320-4109

Dental Experts, LLC
6215 E. State Street
Rockford, IL 61108

Dept. of Treasury
Financial Management Services
PO Box 1686
Birmingham, AL 35201-1686

Dino Peplos / Bernardino Rogriguez
1066 Ingram Road
Rockford, IL 61108

Diversified Consultants Inc.
Dba DCI
Jacksonville , FL 32256-0596

Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256

Family Optical Centre, Inc.
6410 E. State St.
Rockford, IL 61108

Fifth Third Bank
3154 McFarland Rd.
Rockford , IL 61114

Fifth Third Bank
3154 McFarland Rd.
Rockford, IL 61114

Fifth Third Bank
222 Riverside Plaza
Chicago, IL 60606


Fingerhut
PO Box 166
Newark, NJ 07101-0166


First Bank of Delaware (1000 Rocky Run P
1000 Rocky Run Pkwy.
Wilmington, DE 19803


Gatestone
PO Box 101928
Dept947A.
Birmingham, AL 35210-1928


Great Lakes Higher Education Guaranty Co
2401 International Lane
Madison, WI 53704


Halsted Financial Services, LLC
PO Box 5773
Evanston, IL 60201


Harris & Harris LTD
111 W. Jackson Blvd.
Suite 400
Chicago, IL 60604


Harris & Harris LTD
111 W. Jackson Blvd.
Suite 400
Chicago, IL 60604


Illinois Dept. of Human Services
Cash Mgt. Unit
PO Box 19407
Springfield, IL 62794-9407

JC Auto Sales
820 Kishwaukee Street
Rockford, IL 61104


Jerome S. Weiskopf, M.D.
6533 Lexus Drive
Rockford, IL 61108


MCI DP
500 Technology Dr.
Weldon Spring, MO 63304


MCMC Urgicare LLC
5310 Capital Dr.
Milwaukee, WI 53216-2263


Midland Credit Management, Inc.
8875 Aero Dr.
Suite 200
San Diego, CA 92123


Midland Funding LLC
8875 Aero Drive
Suite 200
San Diego, CA 92123


Milwaukee Public Library
814 W. Wisconsin Ave.
Milwaukee, WI 53233


Mutual Management Services
401 East State Street 2nd Fl
PO Box 4777
Rockford, IL 61110


Mutual Management Services
401 East State Street 2nd Fl
PO Box 4777
Rockford, IL 61110

National Account Services, Inc.
1246 University Avenue W
Suite 421
St. Paul, MN 55104


National Credit Adjustors, LLC
327 W. 4th
P.O. Box 3023
Hutchinson, KS 67504


New Horizons Counseling Center
34 N. Whistler Avenue
Freeport, IL 61032


Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407


Northern Illinois Scanning (1401 East St
1401 East State Street
Rockford, IL 61104


OSF Saint Anthony Medical Center
5510 E. State Street
Rockford, IL 61108-2381


Physicians Immediate Care
4350 Morsay Drive
Rockford, IL 61107


R & B Receivables Mgt.
860 S. Northpoint Blvd.
Waukegan, IL 60085


Rent-A-Center Headquarters
Attn: Loss Mitigation Dept.
5501 Headquarters Drive
Plano, TX 75024

RJM ACQ, LLC
575 Underhill Blvd. Ste. 224
Syosset, NY 11791


RJM Acquisitions, LLC
575 Underhill Blvd.
Suite 224
Syosset, NY 11791-4437


Rock Valley Credit Union
1201 Clifford Ave.
Loves Park, IL  61111


Rockford Health Physicians
2300 N. Rockton Ave.
Rockford, IL 61103


Rockford Health System
2400 N. Rockton Ave.
Rockford  , IL 61103


Rockford Health System RMH (2400 North R
2300 N. Rockton Ave.
Rockford , IL 61103


Rockford Health System RMH (2400 North R
2400 N. Rockton Ave.
Rockford, IL 61103


Rockford Mercantile Agency
P.O. Box 5847
Rockford, IL 61125-0847


Rockford Mercantile Agency, Inc.
PO Box 5847
Rockford, IL 61125-6116

Second Round
1330 Wonder World Dr.  Ste 104
San Marcos, TX 78666


Security Financial Service
Customer Relations and Consumer Disputes
PO Box 3146
Spartanburg, SC 29304


Sonar Holdings, LLC
Attn: Loss Mitigation / Jack Vancleave
7211 Northwest 83rd St. Ste. 110
Kansas City, MO 64152


Southwest Credit Systems
2629 Dickerson Pkwy.
Carrollton, TX 75007


Sprint
PO Box 4191
Carol Stream, IL 60197-4191


Sprint Corporate Office HQ
6200 Sprint Parkway HQ
Overland Park, KS 66251


St. Joseph's Emergency Physicians, LLP
5000 W. Chaambers St.
Milwaukee, WI 53210


Stellar Recovery Inc.
1845 US Highway 93 S.
Kalispell, MT 59901-5721


Swedish American Hospital
1401 E. State Street
Rockford, IL 61104

Swedish American Medical Group
PO Box 1567
Rockford, IL  61107-0067


Taxmasters
PO Box 12933
Shawnee Mission, KS 66282


Time Warner Cable
PO Box 3237
Milwaukee, WI 53201-3237


T-Mobile #5030
7200 Harrison Ave.
Rockford, IL 61112-1017


Tremont Financial
PO Box 608
Sioux Falls, SD 57101


UCB Collections
5620 Southwyck Blvd.
Toledo, OH 43614-1501


Unique National Collection
119 E. Maple Street.
Jeffersonville, IN 47130


University of Phoenix
4025 S. Riverpoint Pkwy.
Phoenix, AZ 85040


US Cellular (8410 W. Bryn Mawr Avenue, C
8410 W. Bryn Mawr Avenue
Chicago, IL 60631

US Dept. of Education/GLEL
PO Box 7860
Madison, WI 53707-7860


Verizon Wireless
PO Box 4002
Acworth, GA 30101


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


WE Energies
700 S. Kane St.
Burlington, WI 53105


WE Energies (700 S. Kane St., Burlington
700 S. Kane St.
Burlington, WI 53105


Wisconsin Urgent Care
10100 Forest Hills Rd. DPT0678
Machesney Park, IL 61115


WTJ Capital LLC / Incline Services, LLC
1201 Orange St. Ste. 600
Wilmington, DE 19899

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Saygo, Latrica S.** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Saygo, Chadwin T.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **Latrica Childress;** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **1306** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **9305** |
| Street Address of Debtor (No. and Street, City, and State): **406 N. Johnston Ave** **Rockford, Illinois** ZIP CODE **61101** | Street Address of Joint Debtor (No. and Street, City, and State): **406 N. Johnston Ave** **Rockford, Illinois** ZIP CODE **61101** |
| County of Residence or of the Principal Place of Business: **WINNEBAGO** | County of Residence or of the Principal Place of Business: **WINNEBAGO** |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

| **Type of Debtor** (Form of Organization) (Check **one** box.) | **Nature of Business** (Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| [X] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*<br>[ ] Corporation (includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | [ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[ ] Other | [X] Chapter 7    [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>[ ] Chapter 9<br>[ ] Chapter 11<br>[ ] Chapter 12   [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>[ ] Chapter 13 |

| **Chapter 15 Debtors** | **Tax-Exempt Entity** (Check box, if applicable.) | **Nature of Debts** (Check **one** box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    [ ] Debts are primarily business debts. |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| [ ] Full Filing Fee attached.<br><br>[ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>[X] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>[ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>[ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>[ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>[ ] A plan is being filed with this petition.<br>[ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| [ ] 1-49 | [X] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [X] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [X] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1) (4/10) | Saygo, Latrica S. and Saygo, Chadwin T. |
|---|---|

| **Voluntary Petition** | |
| *(This page must be completed and filed in every case.)* | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:  **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td colspan="2">

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐   Exhibit A is attached and made a part of this petition.

</td>
<td colspan="2">

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X    __s/Laura L McGarragan    August 9, 2013__
    Signature of Attorney for Debtor(s)    (Date)

**Bar No.: 6199753**

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☒   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | |
|---|---|
| *(This page must be completed and filed in every case.)* | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/Latrica S. Saygo**
_____
Signature of Debtor    **Latrica S. Saygo**

X **s/Chadwin T. Saygo**
_____
Signature of Joint Debtor    **Chadwin T. Saygo**

_____
Telephone Number (if not represented by attorney)
**August 9, 2013**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney\***

X **s/Laura L McGarragan**
_____
Signature of Attorney for Debtor(s)
**Laura L McGarragan**
_____
Printed Name of Attorney for Debtor(s)
**McGarragan Law Offices**
_____
Firm Name
**1004 N. Main Street**
**Rockford, Illinois 61103**
_____
Address
**(815) 961-1111**
_____
Telephone Number
**August 9, 2013**
_____
Date
**Bar No.: 6199753**
**Fax: (800) 598-0656**
**E-mail: laura@mcgarraganlaw.com**

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B6A (Official Form 6A) (12/07)

In re **Latrica S. Saygo and Chadwin T. Saygo,**_____      Case No. _____
_____**Debtor**                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total ▶ | $0.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re  **Latrica S. Saygo and Chadwin T. Saygo,**_____     Case No. _____
        _____Debtor_____                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

     Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

     **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | W | $10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Credit Union - Checking | W | $15.00 |
| | | Checking Account | W | $25.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods and furnishings | J | $650.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | W | $500.00 |
| | | Clothing | J | $200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **Latrica S. Saygo and Chadwin T. Saygo,** _____     Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401K | W | $201.53 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **Latrica S. Saygo and Chadwin T. Saygo,** _____     Case No. _____
                                **Debtor**                                       **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | |
|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Toyota Avalon       W | $5,000.00 | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | |

2 continuation sheets attached     Total ▶                       $6,601.53
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/13)

**In re** Latrica S. Saygo and Chadwin T. Saygo, _____    Case No. _____
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
             **Debtor**                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675.*
☐  11 U.S.C. § 522(b)(2)
☒  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash | 735 ILCS 5/12-1001(b) | $10.00 | $10.00 |
| Credit Union - Checking | 735 ILCS 5/12-1001(b) | $15.00 | $15.00 |
| Clothing | 735 ILCS 5/12-1001(a),(e) | $500.00 | $500.00 |
| 401K | 735 ILCS 5/12-704 | $201.53 | $201.53 |
| 2000 Toyota Avalon | 735 ILCS 5/12-1001(c) | $2,400.00 | $5,000.00 |
| **Notes:** ***Property personal note B06C RTE*** | | | |
| Checking Account | 735 ILCS 5/12-1001(b) | $25.00 | $25.00 |
| Household Goods and furnishings | 735 ILCS 5/12-1001(b) | $650.00 | $650.00 |
| Clothing | 735 ILCS 5/12-1001(b) | $200.00 | $200.00 |

\* _Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B 6D (Official Form 6D) (12/07)

In re  **Latrica S. Saygo and Chadwin T. Saygo** _____,    Case No. _____

             **Debtor**                                          **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable.  If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br><br> **JC Auto Sales** <br> **820 Kishwaukee Street** <br> **Rockford, IL 61104** | | **W** | **2000 Toyota Avalon** <br><br><br> VALUE $    **$5,000.00** | | | | **$5,135.00** | **$135.00** |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal ▶ (Total of this page) | $    **5,135.00**    $    **135.00** |
| | Total ▶ (Use only on last page) | $    **5,135.00**    $    **135.00** |
| | | (Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

**In re** <u>Latrica S. Saygo and Chadwin T. Saygo</u> ,                    Case No._____
                            Debtor                                                                    *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

**[X]**  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

[  ] **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[  ] **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[  ] **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[  ] **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/13) – Cont.

**In re**   <u>Latrica S. Saygo and Chadwin T. Saygo</u>   ,   **Case No.**_____
              Debtor                                                  *(if known)*

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


_**1**_ continuation sheets attached

In re **Latrica S. Saygo and Chadwin T. Saygo**    ,    Case No. _____
_____
Debtor    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    104*** <br><br> **7th Avenue** <br> **1112 7th Avenue** <br> **Monroe, WI 53566** <br> **Full Account No.: 71630104*** | | W | **Credit Card** | | | | **$116.00** |
| **ACCOUNT NO.    D0**** <br><br> **AES / Fed Loan Servicing** <br> **PO Box 69184** <br> **Harrisburg, PA 17106-9184** <br> **Full Account No.:** <br> **1385376448FD0**** | | H | **Student Loans** | | | | **$5,037.00** |
| **Notes: Student Loans are Deferred** | | | | | | | |
| **ACCOUNT NO.    5733** <br><br> **All Credit Lenders** <br> **PO Box 250** <br> **Gilberts, IL 60136** <br> **Full Account No.: 15733** | | W | **Loan Agreement** | | | | **$779.00** |
| | | | | Subtotal► | | $ | **5,932.00** |

__26__ continuation sheets attached

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Latrica S. Saygo and Chadwin T. Saygo**          ,          Case No. _____
     **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1815 <br><br> **Allied Business Accts. Inc.** **300 1/2 South 2nd Street** **PO Box 1600** **Clinton, IA 52733-1600** **Full Account No.: 1371815** | | W | **Collection/Medical** | | | | $524.00 |
| Additional Contacts for Allied Business Accts. Inc. (1815): <br><br> **Rockford Health System** **RMH (2400 North Rockton Ave., Rockford, Illinois 61103)** **2300 N. Rockton Ave.** **Rockford , IL 61103** | | | | | | | |
| **ACCOUNT NO.** 4840 <br><br> **Allied Interstate** **PO Box 4000** **Warrenton, Va 20188** **Full Account No.: 7970644840** | | H | **Collection** | | | | $513.00 |
| Additional Contacts for Allied Interstate (4840): <br><br> **Fifth Third Bank** **3154 McFarland Rd.** **Rockford , IL 61114** | | | | | | | |

Sheet no. **1** of **26** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **1,037.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Latrica S. Saygo and Chadwin T. Saygo**          ,          Case No. _____

**Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 283B <br><br> **AMERICOLLECT** <br> **1851 S. Alverno Rd.** <br> **PO Box 1566** <br> **Manitowoc, WI 54221** <br> **Full Account No.: 40283B** | | J | **Collection/Medical** | | | | $86.00 |
| Additional Contacts for AMERICOLLECT (283B): <br><br><br> **MCMC Urgicare LLC** <br> **5310 Capital Dr.** <br> **Milwaukee, WI 53216-2263** | | | | | | | |
| **ACCOUNT NO.** 47** <br><br> **Anderson Financial** <br> **PO Box 3097** <br> **Bloomington , IL 61702-3097** <br> **Full Account No.: 103747**** | | H | **Phone Bill / Collection** | | | | $319.00 |
| Additional Contacts for Anderson Financial (47**): <br><br><br> **AT&T** <br> **1101 S. Canal Street** <br> **Chicago, IL 60607** | | | | | | | |

Sheet no. __2__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $          **405.00**

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Latrica S. Saygo and Chadwin T. Saygo**         ,          Case No. _____
                  **Debtor**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 55**<br><br>**Anderson Financial Network/Bloom**<br>**404 Brock Dr.**<br>**PO Box 3097**<br>**Bloomington, IL 61702**<br>**Full Account No.: 202755*** | | W | **Utility** | | | | $447.00 |
| **ACCOUNT NO.** 49**<br><br>**Apollo Group Inc.**<br>**4615 E. Elwood St.**<br>**Dba Univeristy of Phoenix**<br>**Phoenix, AZ 85040-1908**<br>**Full Account No.: 904249*** | | H | **Unsecured Loan** | | | | $2,624.00 |
| **ACCOUNT NO.** nown<br><br>**Arnold Scott Harris, P.C.**<br>**222 Merchandise Mart Plaza,**<br>**Suite 1932**<br>**Chicago, IL 60654** | | W | **Collection - Judgment Re: Winnebago County - Traffic Division** | | | | $1,265.00 |
| **ACCOUNT NO.** 63**<br><br>**Asset Acceptance LLC**<br>**PO Box 2036**<br>**Warren, MI 48090-2036**<br>**Full Account No.: 3263*** | | W | **Collection** | | | | $765.00 |

Sheet no. __3__ of __26__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $    **5,101.00**

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Latrica S. Saygo and Chadwin T. Saygo**          ,          Case No. _____
     **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Asset Acceptance LLC  (63**):** | | | | | | | |
| **Bally Total Fitness Corporate Office 3220 W. Touhy Ave. Chicago, IL 60645** | | | | | | | |
| ACCOUNT NO.        6051 **Asset Acceptance, LLC PO Box 2036 Warren, MI 48090-2036 Full Account No.: 24526051** | | W | Collection | | | | $415.00 |
| ACCOUNT NO.        2315 **Banquet Financial, LLC 898 W. Riverside Blvd. Unit 255 Rockford, IL 61103 Full Account No.: 2315** | | W | Installment Loan / Collection | | | | $2,448.19 |
| ACCOUNT NO.        06** **BMO Harris Bank, N.A. / Amcore Bank PO Box 6201 Carol Stream, IL 60197-6201 Full Account No.: 980206**** | | W | Deposit | | | | $683.00 |

Sheet no. __4__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal►  $    **3,546.19**

Total►  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Latrica S. Saygo and Chadwin T. Saygo**          ,          Case No. _____
                             **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 4400 **CheckAdvanceUSA** 706 N. 1890 West Provo, UT 84601 Full Account No.: 54400 | | W | **Payday - Cash advance** | | | | $789.95 |
| **ACCOUNT NO.** 1381 **CJD Investments, LLC** c/o Ogden & Company Inc. 1665 N. Water Street Milwaukee, WI 53202 Full Account No.: 2009-SC-041381 | | W | **Small Claims, Eviction - Wisconsin Circuit Court - CJD Investments LLC vs. Latrica Childress 2009-SC-041381** | | | | $1,921.21 |
| **ACCOUNT NO.** 8371 **Comcast** PO Box 3002 Southeastern, PA 19398-3002 | | H | **Cablevision** | | | | $399.00 |
| **ACCOUNT NO.** 2186 **ComEd** PO Box 6111 Carol Stream, IL 60197-6111 Full Account No.: 3459652186 | | H | **Utility** | | | | $171.00 |

Sheet no.__**5**__ of __**26**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **3,281.16**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Latrica S. Saygo and Chadwin T. Saygo**                    ,          Case No. _____
                                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 02N1 **Commonwealth Financial Sysytems** 245 Main Street Dickson City, PA 18519 **Full Account No.:** D33880202N1 | | W | **Medical Collection** | | | | $588.00 |
| Additional Contacts for Commonwealth Financial Sysytems (02N1): **Swedish American Hospital** 1401 E. State Street Rockford, IL 61104 | | | | | | | |
| **ACCOUNT NO.** 07** **Continental Finance / 1st Bank DE** PO Box 11743 Wilmington, DE 19850 **Full Account No.:** 520605476007** | | W | **Credit Card** | | | | $608.00 |
| Notes: Additional acct. #'s: 854516** ; | | | | | | | |
| Additional Contacts for Continental Finance / 1st Bank DE (07**): **Midland Funding LLC** 8875 Aero Drive Suite 200 San Diego, CA 92123 | | | | | | | |

Sheet no.__**6**__ of __**26**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **1,196.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re __Latrica S. Saygo and Chadwin T. Saygo__ ,                    Case No. _____
                              **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**      1415 <br><br> **Contract Callers, Inc.** <br> **PO Box 212609** <br> **Claussen Road Ste. 110** <br> **Augusta, GA 30917** | | W | **Utility Collection** | | | | $1,197.00 |
| Notes: Additional ComED account #'s: 26499 | | | | | | | |
| Additional Contacts for Contract Callers, Inc. (1415): <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL** <br> **60197-6111** | | | | | | | |
| **ACCOUNT NO.**      3420 <br><br> **Convergent Outsourcing, Inc.** <br> **800 SW 39th Street** <br> **PO Box 9004** <br> **Renton, WI 98057** <br> **Full Account No.: B-29703420** | | H | **Collection/Wireless** | | | | $1,576.00 |
| Additional Contacts for Convergent Outsourcing, Inc. (3420): <br><br> **Verizon Wireless** <br> **PO Box 25505** <br> **Lehigh Valley, PA** <br> **18002-5505** | | | | | | | |

Sheet no.__7__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **2,773.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Latrica S. Saygo and Chadwin T. Saygo**              ,        Case No. _____
                              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 3150 <br><br>**Credit Protection Association 13355 Noel Rd. Ste. 2100 Dallas, TX 75240 Full Account No.: 1315863150** | | W | **Utility Collection** | | | | $144.00 |
| **Additional Contacts for Credit Protection Association (3150):** <br><br>**Comcast Communications Corp. One Comcast Center Philadelphia, PA 19103** | | | | | | | |
| **ACCOUNT NO.** 1514 <br><br>**Creditors Protection SVC 202 W. State Street Ste. 300 Rockford, IL 61101 Full Account No.: 1061060000351514** | | W | **Medical Collection** | | | | $138.00 |
| **Additional Contacts for Creditors Protection SVC (1514):** <br><br>**Rockford Health Physicians 2300 N. Rockton Ave. Rockford, IL 61103** | | | | | | | |

Sheet no. **8** of **26** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **282.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Latrica S. Saygo and Chadwin T. Saygo**                ,        Case No. _____
                    **Debtor**                                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1377 <br><br> **Dental Experts, LLC** **6215 E. State Street** **Rockford, IL 61108** **Full Account No.: 11377** | | W | **Medical** | | | | **$99.00** |
| **ACCOUNT NO.** 8421 <br><br> **Dept. of Treasury** **Financial Management Services** **PO Box 1686** **Birmingham, AL 35201-1686** **Full Account No.: 1900338421** | | W | **Unpaid debt for excess public assistance - Wisconsin** | | | | **$2,028.00** |
| Notes: WI- Dept. of Children & Families Public Assistance Collection Unit, PO Box 8938, Madison  WI 53708 | | | | | | | |
| **ACCOUNT NO.** 0844 <br><br> **Dino Peplos / Bernardino Rogriguez** **1066 Ingram Road** **Rockford, IL 61108** **Full Account No.: 2013-LM-0844** | | W | **Civil Judgment** **2013-LM-0844 - Forcible Entry** | | | | **$755.50** |
| Notes: Wage garnishment | | | | | | | |
| **ACCOUNT NO.** 0861 <br><br> **Family Optical Centre, Inc.** **6410 E. State St.** **Rockford, IL 61108** **Full Account No.: 20861** | | H | **Medical** | | | | **$269.00** |

Sheet no. **9** of **26** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **3,151.50**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Latrica S. Saygo and Chadwin T. Saygo</u>,                    Case No. _____
         **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**     9654<br><br>**Fingerhut**<br>**PO Box 166**<br>**Newark, NJ 07101-0166** | | W | **Charge Account** | | | | $205.00 |
| **ACCOUNT NO.**     7-12<br><br>**Gatestone**<br>**PO Box 101928**<br>**Dept947A.**<br>**Birmingham, AL 35210-1928**<br>**Full Account No.: 24-40697-12** | | W | **Collection/Student Loan** | | | | $2,550.00 |
| **Additional Contacts for Gatestone (7-12):**<br><br>**Apollo Group**<br>**4615 E. Elwood St.**<br>**Phoenix, AZ 85040**<br><br>**Apollo Group, Inc.**<br>**4615 Elwood St.**<br>**\*\*\*Creditor unsecured additional mailing state RMC\*\*\*** | | | | | | | |
| **ACCOUNT NO.**     74\*\*<br><br>**Great Lakes Higher Education Guaranty Corp.**<br>**2401 International Lane**<br>**Madison, WI 53704**<br>**Full Account No.: 99999130674\*\*** | | W | **Student Loan** | | | | $6,606.00 |

Sheet no. <u>10</u> of <u>26</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $                    **9,361.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Latrica S. Saygo and Chadwin T. Saygo**    ,      Case No. _____
                            **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 3992 <br> **Halsted Financial Services, LLC** <br> **PO Box 5773** <br> **Evanston, IL 60201** <br> **Full Account No.: 653992** | | W | Collection/Cash loan | | | | $966.00 |
| Additional Contacts for Halsted Financial Services, LLC (3992): <br><br> **Cash ASAP** <br> **1479 N. State St.** <br> **Belvidere, IL 61008** | | | | | | | |
| **ACCOUNT NO.** 81** <br> **Harris & Harris LTD** <br> **111 W. Jackson Blvd.** <br> **Suite 400** <br> **Chicago, IL 60604** <br> **Full Account No.: 1681**** | | W | Utility | | | | $508.00 |
| Notes: Harris & Harris additonal acct #'s: 15548200**; <br> Additional Contacts for Harris & Harris LTD (81**): <br><br> **WE Energies (700 S. Kane St., Burlington, Wisconsin 53105)** <br> **700 S. Kane St.** <br> **Burlington, WI 53105** | | | | | | | |

Sheet no. **11** of **26** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims          Subtotal▶   $    **1,474.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Latrica S. Saygo and Chadwin T. Saygo**                ,        Case No. _____
_____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1080 **Illinois Dept. of Human Services Cash Mgt. Unit PO Box 19407 Springfield, IL 62794-9407 Full Account No.: 691080** | | W | **Overpayment of Support** | | | | $3,870.00 |
| **ACCOUNT NO.** N/A **Jerome S. Weiskopf, M.D. 6533 Lexus Drive Rockford, IL 61108** | | H | **Medical Collection** | | | | $190.00 |
| Additional Contacts for Jerome S. Weiskopf, M.D. (N/A): **Creditors Protection Serv., Inc. 202 W. State St. Rockford, IL 61101** | | | | | | | |
| **ACCOUNT NO.** HP5* **MCI DP 500 Technology Dr. Weldon Spring, MO 63304 Full Account No.: 3HP5*** | | W | **MCI** | | | | $482.00 |

Sheet no. **12** of **26** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **4,542.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re <u>Latrica S. Saygo and Chadwin T. Saygo</u>,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5343 <br> **Midland Credit Management, Inc.** <br> **8875 Aero Dr.** <br> **Suite 200** <br> **San Diego, CA 92123** <br> **Full Account No.: 8545165343** | | W | **Collection** | | | | $733.00 |
| Additional Contacts for Midland Credit Management, Inc. (5343): <br><br> **First Bank of Delaware (1000 Rocky Run Parkway, Wilmington, Delaware 19803)** <br> **1000 Rocky Run Pkwy.** <br> **Wilmington, DE 19803** | | | | | | | |
| **ACCOUNT NO.** **** <br> **Mutual Management Services** <br> **401 East State Street 2nd Fl** <br> **PO Box 4777** <br> **Rockford, IL 61110** <br> **Full Account No.: 1041****** | | W | **Medical** | | | | $2,687.00 |
| Additional Contacts for Mutual Management Services (****): <br><br> **Northern Illinois Scanning (1401 East State Street, Rockford, Illinois 61104)** <br> **1401 East State Street** <br> **Rockford, IL 61104** | | | | | | | |

Sheet no. <u>13</u> of <u>26</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | Subtotal▶ | $ | **3,420.00** |
|---|---|---|---|---|
| | | Total▶ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Latrica S. Saygo and Chadwin T. Saygo**          ,          Case No. _____
　　　　　　　　　　　**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 62**<br>**Mutual Management Services**<br>**401 East State Street 2nd Fl**<br>**PO Box 4777**<br>**Rockford, IL 61110**<br>**Full Account No.: 10416662*** | | W | **Medical Collection** | | | | $258.00 |
| Additional Contacts for Mutual Management Services (62**):<br><br>**Physicians Immediate Care**<br>**4350 Morsay Drive**<br>**Rockford, IL 61107** | | | | | | | |
| **ACCOUNT NO.** 0995<br>**National Account Services, Inc.**<br>**1246 University Avenue W**<br>**Suite 421**<br>**St. Paul, MN 55104**<br>**Full Account No.: 260995** | | W | **Collection/Bank Loan** | | | | $1,055.00 |
| Additional Contacts for National Account Services, Inc. (0995):<br><br>**Fifth Third Bank**<br>**3154 McFarland Rd.**<br>**Rockford, IL 61114** | | | | | | | |

Sheet no. __14__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **1,313.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Latrica S. Saygo and Chadwin T. Saygo</u>,        Case No. _____

**Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 041*<br>**New Horizons Counseling Center**<br>**34 N. Whistler Avenue**<br>**Freeport, IL 61032**<br>**Full Account No.: 1041*** | | W | **Collection/Mecdical** | | | | **$258.00** |
| Additional Contacts for New Horizons Counseling Center (041*):<br><br>**Physicians Immediate Care**<br>**4350 Morsay Drive**<br>**Rockford, IL 61107** | | | | | | | |
| **ACCOUNT NO.** 28 7<br>**Nicor Gas**<br>**PO Box 5407**<br>**Carol Stream, IL 60197-5407**<br>**Full Account No.:**<br>**77-29-96-0928 7** | | W | **Utility** | | | | **$2,803.00** |
| **ACCOUNT NO.** 2219<br>**Rent-A-Center Headquarters**<br>**Attn: Loss Mitigation Dept.**<br>**5501 Headquarters Drive**<br>**Plano, TX 75024**<br>**Full Account No.:**<br>**2007-LM-0002219** | | W | **Judgment / Collection** | | | | **$877.92** |
| **Notes: Judgment: State of Illinois, 17th Judicial Circuit 2007-LM-0002219** | | | | | | | |

Sheet no. __15__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **3,938.92**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Latrica S. Saygo and Chadwin T. Saygo__ ,          Case No. _____
          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.      79\*\***  **RJM ACQ, LLC** **575 Underhill Blvd. Ste. 224** **Syosset, NY 11791** **Full Account No.: 291R00179\*\*** | | W | **BOA - Checking Account** | | | | $384.00 |
| Additional Contacts for RJM ACQ, LLC (79\*\*): **Bank of America** **100 N. Tryon St. #170** **Charlotte, NC 28202** | | | | | | | |
| **ACCOUNT NO.      5783** **RJM Acquisitions, LLC** **575 Underhill Blvd.** **Suite 224** **Syosset, NY 11791-4437** **Full Account No.: 291001795783** | | W | **Collection/Overdrawn Checking Acct.** | | | | $384.00 |
| Additional Contacts for RJM Acquisitions, LLC (5783): **Bank of America** **320 S. Eastwood Dr.** **Woodstock, IL 60098** | | | | | | | |

Sheet no. __16__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **768.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Latrica S. Saygo and Chadwin T. Saygo**           ,          Case No. _____
                **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  0449 <br><br> **Rock Valley Credit Union** <br> **1201 Clifford Ave.** <br> **Loves Park, IL  61111** <br> **Full Account No.: 32360449** | | W | **Overdrawn Checking Acct.** | | | | $277.00 |
| **ACCOUNT NO.**  9394 <br><br> **Rockford Health System** <br> **2400 N. Rockton Ave.** <br> **Rockford  , IL 61103** <br> **Full Account No.: 2015879394** | | J | **Medical** | | | | $4,197.00 |
| Notes: Addl. Acct. #s: 2016229466, 2015833896, 2016110914, 2012885345, 2013811746 | | | | | | | |
| **ACCOUNT NO.**  L*** <br><br> **Rockford Mercantile Agency** <br> **P.O. Box 5847** <br> **Rockford, IL 61125-0847** <br> **Full Account No.: BL***** | | H | **Medical Collection** | | | | $949.00 |
| **Additional Contacts for Rockford Mercantile Agency  (L***):** <br><br>      **OSF Saint Anthony** <br>      **Medical Center** <br>      **5510 E. State Street** <br>      **Rockford, IL 61108-2381** | | | | | | | |

Sheet no.__17__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **5,423.00**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Latrica S. Saygo and Chadwin T. Saygo**       ,        Case No. _____
        **Debtor**        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**      7662 | | | | | | | |
| **Rockford Mercantile Agency, Inc.**<br>**PO Box 5847**<br>**Rockford, IL 61125-6116**<br>**Full Account No.: AB7662** | | W | **Collection/Medical** | | | | $182.00 |
| Notes: Addl. Acct. #:  R21587 | | | | | | | |
| Additional Contacts for Rockford Mercantile Agency, Inc. (7662): | | | | | | | |
| **Rockford Health System RMH (2400 North Rockton Ave., Rockford, Illinois 61103)**<br>**2400 N. Rockton Ave.**<br>**Rockford, IL 61103** | | | | | | | |
| **ACCOUNT NO.**      7695 | | | | | | | |
| **Second Round**<br>**1330 Wonder World Dr.  Ste 104**<br>**San Marcos, TX 78666**<br>**Full Account No.: 3281107695** | | W | | | | | $966.00 |
| Additional Contacts for Second Round (7695): | | | | | | | |
| **Cash ASAP**<br>**4221 E. State Street**<br>**Rockford, IL 61108** | | | | | | | |

Sheet no.__**18**_ of __**26**_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **1,148.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Latrica S. Saygo and Chadwin T. Saygo**_____,    Case No. _____
                       **Debtor**                                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**      **\*\*\*\*** <br> **Security Financial Service** <br> **Customer Relations and** <br> **Consumer Disputes** <br> **PO Box 3146** <br> **Spartanburg, SC 29304** | | W | **Unsecured Loan** | | | | $219.00 |
| **ACCOUNT NO.**      **-300** <br> **Sonar Holdings, LLC** <br> **Attn: Loss Mitigation / Jack** <br> **Vancleave** <br> **7211 Northwest 83rd St. Ste. 110** <br> **Kansas City, MO 64152** <br> **Full Account No.: 245708585-300** | | W | **Payday Cash Loan / Collection** | | | | $378.00 |
| **Additional Contacts for Sonar Holdings, LLC (-300):** <br><br> **National Credit Adjustors, LLC** <br> **327 W. 4th** <br> **P.O. Box 3023** <br> **Hutchinson, KA 67504** | | | | | | | |
| **ACCOUNT NO.**      **834\*** <br> **Southwest Credit Systems** <br> **2629 Dickerson Pkwy.** <br> **Carrollton, TX 75007** <br> **Full Account No.: 36264834\*** | | W | **Utility/Phone** | | | | $349.00 |

Sheet no. __19__ of __26__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **946.00**

Total▶ $ 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Latrica S. Saygo and Chadwin T. Saygo**             ,        Case No. _____
                **Debtor**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Southwest Credit Systems (834*):** | | | | | | | |
| **US Cellular (8410 W. Bryn Mawr Avenue, Chicago, Illinois 60631)** 8410 W. Bryn Mawr Avenue Chicago, IL 60631 | | | | | | | |
| ACCOUNT NO.        1114 **Sprint** PO Box 4191 Carol Stream, IL 60197-4191 | | H | Phone Bill | | | | $611.00 |
| Notes: Addl. acct. #:  6494** ; 202755** ; | | | | | | | |
| **Additional Contacts for Sprint (1114):** | | | | | | | |
| **Enhanced Recovery Company** 8014 Bayberry Road Jacksonville, FL 32256  **Afni, Inc.** PO Box 3517 Bloomington, IL 61702-3517 | | | | | | | |
| ACCOUNT NO.        2*** **Sprint Corporate Office HQ** 6200 Sprint Parkway HQ Overland Park, KA 66251 Full Account No.: 1552*** | | H | Phone Bill / Collection | | | | $1,208.00 |
| | | | | | | | |

Sheet no. __20__ of __26__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $      **1,819.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Latrica S. Saygo and Chadwin T. Saygo**                ,        Case No. _____
        **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Sprint Corporate Office HQ  (2***):** | | | | | | | |
| **Diversified Consultants Inc. Dba DCI Jacksonville , FL 32256-0596** | | | | | | | |
| ACCOUNT NO.        5*** **Stellar Recovery Inc. 1845 US Highway 93 S. Kalispell, MT 59901-5721 Full Account No.: 65***** | | H | Collection | | | | $514.00 |
| **Additional Contacts for Stellar Recovery Inc. (5***):** | | | | | | | |
| **Fifth Third Bank 222 Riverside Plaza Chicago, IL 60606** | | | | | | | |
| ACCOUNT NO.        1377 **Swedish American Hospital 1401 E. State Street Rockford, IL 61104 Full Account No.: 1081641377** | | W | Medical | | | | $3,265.00 |
| Notes: Additional Account #'s:  1103091390 | | | | | | | |

Sheet no. __21__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $        **3,779.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Latrica S. Saygo and Chadwin T. Saygo**_____ ,          Case No. _____
                              **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Swedish American Hospital (1377):** <br><br> **R & B Receivables Mgt. 860 S. Northpoint Blvd. Waukegan, IL 60085** | | | | | | | |
| ACCOUNT NO.   3067 <br><br> **Swedish American Medical Group PO Box 1567 Rockford, IL  61107-0067** | | W | **Medical** | | | | $15.00 |
| ACCOUNT NO.   05** <br><br> **Taxmasters PO Box 12933 Shawnee Mission, KS 66282 Full Account No.: 307109900005**** | | W | **Unsecured Loan** | | | | $305.00 |
| ACCOUNT NO.   -001 <br><br> **Time Warner Cable PO Box 3237 Milwaukee, WI 53201-3237 Full Account No.: 004-010168112-001** | | W | **Phone/Internet** | | | | $155.00 |

Sheet no.__**22**__ of __**26**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **475.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Latrica S. Saygo and Chadwin T. Saygo**          ,          Case No. _____
                        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5175 <br><br> **T-Mobile #5030** <br> **7200 Harrison Ave.** <br> **Rockford, IL 61112-1017** <br> **Full Account No.: 843985175** | | H | **Phone / Utility Bill** | | | | $149.00 |
| **ACCOUNT NO.** 5707 <br><br> **Tremont Financial** <br> **PO Box 608** <br> **Sioux Falls, SD 57101** | | W | **Loan** | | | | $286.00 |
| **ACCOUNT NO.** 32** <br><br> **UCB Collections** <br> **5620 Southwyck Blvd.** <br> **Toledo, OH 43614-1501** <br> **Full Account No.: 2632**** | | H | **Medical Collection** | | | | $640.00 |

Notes: Additional Account #'s:  2209**** ;

Additional Contacts for UCB Collections (32**):

**St. Joseph's Emergency**
**Physicians, LLP**
**5000 W. Chaambers St.**
**Milwaukee, WI 53210**

Sheet no. **23** of **26** continuation sheets attached          Subtotal▶ | $ | **1,075.00**
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Latrica S. Saygo and Chadwin T. Saygo**            ,            Case No. _____
_____
Debtor                                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 79** <br><br> **Unique National Collection** <br>**119 E. Maple Street.** <br>**Jeffersonville, IN 47130** <br>**Full Account No.: 9373779*** | | W | **Collection** | | | | **$233.00** |
| **Additional Contacts for Unique National Collection (79**):** <br><br><br> **Milwaukee Public Library** <br>**814 W. Wisconsin Ave.** <br>**Milwaukee, WI 53233** | | | | | | | |
| **ACCOUNT NO.** 0117 <br><br> **University of Phoenix** <br>**4025 S. Riverpoint Pkwy.** <br>**Phoenix, AZ 85040** <br>**Full Account No.: 9042490117** | | H | **Student Loan** | | | | **$2,240.00** |
| **ACCOUNT NO.** **** <br><br> **US Dept. of Education/GLEL** <br>**PO Box 7860** <br>**Madison, WI 53707-7860** <br>**Full Account No.: 32774130679**** | | W | **Student Loans** | | | | **$6,606.00** |
| **Notes: Addl. acct. #: 32774130674** | | | | | | | |

Sheet no.__24__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶        $        **9,079.00**

Total▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Latrica S. Saygo and Chadwin T. Saygo**            ,            Case No. _____
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 0001 <br><br> **Verizon Wireless** <br> **PO Box 4002** <br> **Acworth, GA 30101** | | H | **Wireless Phone** | | | | **$1,335.00** |
| **ACCOUNT NO.** 05** <br><br> **WE Energies** <br> **700 S. Kane St.** <br> **Burlington, WI 53105** <br> **Full Account No.: CMS** <br> **WEE206505*** | | H | **Utility Bill** | | | | **$2,665.00** |
| Notes: Additonal Account #'s: 15548200** ; | | | | | | | |
| Additional Contacts for WE Energies (05**): <br><br> **Debt Credit Services (2493** <br> **Romig Rd, Akron, Ohio** <br> **44320-4109)** <br> **2493 Romig Rd** <br> **Akron, OH 44320-4109** <br><br> **Harris & Harris LTD** <br> **111 W. Jackson Blvd.** <br> **Suite 400** <br> **Chicago, IL 60604** | | | | | | | |
| **ACCOUNT NO.** 0283 <br><br> **Wisconsin Urgent Care** <br> **10100 Forest Hills Rd.** <br> **DPT0678** <br> **Machesney Park, IL 61115** | | W | **Medical** | | | | **$75.00** |

Sheet no. __25__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **4,075.00**

Total▶ $ 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Latrica S. Saygo and Chadwin T. Saygo**            ,        Case No. _____
                          **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    4048** <br><br> **WTJ Capital LLC / Incline Services, LLC** <br>**1201 Orange St. Ste. 600** <br>**Wilmington, DE 19899** <br>**Full Account No.: 24048** |  | W | **Collection** |  |  |  | **$523.00** |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Sheet no. __26__ of __26__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $    **523.00**

Total▶    $    **79,863.77**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re **Latrica S. Saygo and Chadwin T. Saygo,**                    Case No. _____
                                    **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re **Latrica S. Saygo and Chadwin T. Saygo,**           Case No. _____
_____
                              **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**B6I (Official Form 6I) (12/07)**

In re   <u>Latrica S. Saygo and Chadwin T. Saygo,</u>      Case No. <u>                           </u>
                 **Debtor**                                                         **(if known)**

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|---|
| **Married** | RELATIONSHIP(S): | **C.S., Daughter; S.C., Daughter; and J.R., Son** | AGES(S): | **1, 2, and 14** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Operator / Student** | **Unemployed** |
| Name of Employer | **Gunite Corporation** | **Unemployed** |
| How long employed | **1 1/2 Years** | **Unemployed** |
| Address of Employer | **302 Peoples Avenue**<br>**Rockford, IL 61104** | **\*\*\*Spouse employer state RMC[COUNTER]\*\*\*** |

| Occupation | **Care Provider** | |
|---|---|---|
| Name of Employer | **Judy Baar Topinka - IL Dept. of Human Services** | |
| How long employed | | |
| Address of Employer | **822 S. College**<br>**Springfield, IL 62704** | **\*\*\*Spouse employer state RMC[COUNTER]\*\*\*** |

INCOME: (Estimate of average or projected monthly income at time case filed)        DEBTOR         SPOUSE

1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly)     $ __**3,676.51**__    $ _____
2. Estimate monthly overtime     $ __**172.51**__    $ _____

3. SUBTOTAL     $ __**3,849.02**__    $ __**0.00**__

4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and social security     $ __**445.29**__    $ _____
   b. Insurance     $ __**704.86**__    $ _____
   c. Union dues     $ __**0.00**__    $ _____
   d. Other (Specify):

| Description | Debtor's Amount | Spouse's Amount |
|---|---|---|
| **401K** | **$74.19** | **$0.00** |
| **Garnishment** | **$325.00** | **$0.00** |
| **Non Member Fees** | **$35.64** | **$0.00** |
| **Uniforms** | **$35.14** | **$0.00** |

    $ __**469.97**__    $ _____

5. SUBTOTAL OF PAYROLL DEDUCTIONS     $ __**1,620.12**__    $ __**0.00**__

6. TOTAL NET MONTHLY TAKE HOME PAY     $ __**2,228.90**__    $ __**0.00**__

7. Regular income from operation of business or profession or farm (Attach detailed statement)     $ _____    $ _____
8. Income from real property     $ _____    $ _____
9. Interest and dividends     $ _____    $ _____
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above     $ _____    $ _____

**B6I (Official Form 6I) (12/07)**

In re   **Latrica S. Saygo and Chadwin T. Saygo,**                Case No. _____

           **Debtor**                                                                                  **(if known)**

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| | | | | |
|---|---|---|---|---|
| 11. | Social security or government assistance (Specify): **Link** | $ _____ **99.00** | $ _____ **201.00** | |
| 12. | Pension or retirement income | $ _____ | $ _____ | |
| 13. | Other monthly income (Specify): | $ _____ | $ _____ | |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ _____ **99.00** | $ _____ **201.00** | |
| 15. | AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ _____ **2,327.90** | $ _____ **201.00** | |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (combine column totals from line 15) | $ _____ **2,528.90** | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17.   Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this
       document:**NONE.**

B 6J (Official Form 6J) (12/07)

In re **Latrica S. Saygo and Chadwin T. Saygo,** _____   Case No. _____
      **Debtor**                                                    **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. | Rent or home mortgage payment (include lot rented for mobile home) | $475.00 |
| | a.   Are real estate taxes included? Yes _____ No __X__ | |
| | b.   Is property insurance included? Yes _____ No __X__ | |
| 2. | Utilities:   a.   Electricity and heating fuel | $275.00 |
| | b.   Water and sewer | |
| | c.   Telephone | $150.00 |
| | d.   Other: Cable/Internet. | $125.00 |
| 3. | Home maintenance (repairs and upkeep) | |
| 4. | Food | $450.00 |
| 5. | Clothing | $150.00 |
| 6. | Laundry and dry cleaning | $100.00 |
| 7. | Medical and dental expenses | $75.00 |
| 8. | Transportation (not including car payments) | $200.00 |
| 9. | Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. | Charitable contributions | |
| 11. | Insurance (not deducted from wages or included in home mortgage payments) | |
| | a.   Homeowner's or renter's | |
| | b.   Life | |
| | c.   Health | |
| | d.   Auto | $105.00 |
| | e.   Other _____ | $ |
| 12. | Taxes (not deducted from wages or included in home mortgage payments) | |
| | (Specify) _____ | $ |
| 13. | Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| | a.   Auto | $300.00 |
| | b.   Other _____ | $ |
| 14. | Alimony, maintenance, and support paid to others | |
| 15. | Payments for support of additional dependents not living at your home | |
| 16. | Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17. | Other: Tuition - Son. | $103.00 |
| 18. | AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $   2,508.00 |
| 19. | Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: NONE. | |
| 20. | STATEMENT OF MONTHLY NET INCOME | |
| | a.   Average monthly income from Line 15 of Schedule I | $   2,528.90 |
| | b.   Average monthly expenses from Line 18 above | $   2,508.00 |
| | c.   Monthly net income (a. minus b.) | $   20.90 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## NORTHERN DISTRICT OF ILLINOIS

In re **Latrica S. Saygo and Chadwin T. Saygo**

_____,      Case No. _____

Debtor

Chapter **7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 6,601.53 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 5,135.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 27 | | $ 79,863.77 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 2,528.90 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 2,508.00 |
| TOTAL | | 40 | $ 6,601.53 | $ 84,998.77 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ILLINOIS

In re **Latrica S. Saygo and Chadwin T. Saygo**

_____,

Debtor

Case No. _____

Chapter **7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 23,039.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 23,039.00 |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ 2,528.90 |
| Average Expenses (from Schedule J, Line 18) | $ 2,508.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 2,472.64 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 135.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4.  Total from Schedule F | | $ 79,863.77 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 79,998.77 |

In re  **Latrica S. Saygo and Chadwin T. Saygo**                    ,    Case No. _____
                        Debtor                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **42**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 9, 2013** _____    Signature: **s/Latrica S. Saygo** _____

                                                                                **Latrica S. Saygo** Debtor

Date **August 9, 2013** _____    Signature: **s/Chadwin T. Saygo** _____

                                                                                **Chadwin T. Saygo**  (Joint Debtor, if any)

                                                        [If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                                  *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____    _____
   Signature of Bankruptcy Petition Preparer                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*
-------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                        Signature: _____

                                                        _____
                                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
-------------------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re Latrica S. Saygo , Chadwin T. Saygo                    Case No. _____
                    Debtor

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
### CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

**B 1D** (Official Form 1, Exh. D) (12/09) – Cont.

❒ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒ 4. I am not required to receive a credit counseling briefing because of:

❒ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❒ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**
❒ Active military duty in a military combat zone.

❒ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  s/Latrica S. Saygo

Date: August 9, 2013

2

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF ILLINOIS

In re Latrica S. Saygo, Chadwin T. Saygo          Case No. _____
                    Debtor

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
### CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed*.

**B 1D** (Official Form 1, Exh. D) (12/09) – Cont.

❐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐ 4. I am not required to receive a credit counseling briefing because of:

❐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**
❐ Active military duty in a military combat zone.

❐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:  s/Chadwin T. Saygo _____

Date: August 9, 2013 _____

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In re: Latrica S. Saygo and Chadwin T. Saygo                     Case No _____
_____
         Debtor                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| Debtor: | | |
| Current Year (2013): | $21,597.36 | Income YTD |
| Previous Year 1 (2012): | $11,262.00 | Income |

Previous Year 2 (2011):
$3,000.00                                        Income

Joint Debtor:
N/A

### 2. Income other than from employment or operation of business

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                     SOURCE

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Debtor:
Joint Debtor:

None
☒

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case

---

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

☒ to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Debtor:<br>Bernardino Rodriguez et al. vs. Latrica Childress<br>Case Number: 2013-LM-0000844 | Forcible Entry | Small Claims Winnebago Co. 17th Judicial Circuit | Judgment |
| Joint Debtor:<br>N/A | | | |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**6. Assignments and receiverships**

None

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the

☒ commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

### 7. Gifts

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

None
☒

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| DATE OF PAYMENT, | AMOUNT OF MONEY OR |
|---|---|

| NAME AND ADDRESS OF PAYEE | NAME OF PAYER IF OTHER THAN DEBTOR | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**10. Other transfers**

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| Debtor:<br>2007 Auburn Street Apt. 2W<br>Rockford, Illinois 61103 | Latrica Childress | December 2012 - June 16th 2013 |
| 702 Royal Ave.<br>Rockford, Illinois 61101 | Latrica Childress | August 2010 - November 2012 |
| Joint Debtor:<br>2007 Auburn Steet Apt. 2W<br>Rockford, Illinois 61103 | Chadwin Saygo | December 2012 - June 16th 2013 |
| 702 Royal Ave.<br>Rockford, Illinois 61101 | Chadwin Saygo | August 2010 - November 2012 |

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☒

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                          ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☒

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                          DATES SERVICES RENDERED

None
☒

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
☒

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                          ADDRESS

None
☒

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

---

**20. Inventories**

None
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR |  |

None
☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
| --- | --- |
| DATE OF INVENTORY | OF INVENTORY RECORDS |

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

None
☒

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| NAME AND ADDRESS | TITLE |  |

---

**22. Former partners, officers, directors and shareholders**

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☒

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|---------------------------------|-------------------------------------------------------|

---

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|-----------------------------|--------------------------------------|

---

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

* * * * * *

---

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  August 9, 2013 _____        Signature
                                             of Debtor    s/Latrica S. Saygo _____

Date  August 9, 2013

Signature of
Joint Debtor
(if any)        s/Chadwin T. Saygo

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re   Latrica S. Saygo and Chadwin T. Saygo _____   Case No. _____
    Debtor                                                Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A –** Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>JC Auto Sales | **Describe Property Securing Debt**:<br>2000 Toyota Avalon |

Property will be *(check one)*:
      ☐ Surrendered        ☒ Retained

If retaining the property, I intend to *(check at least one)*:
      ☐ Redeem the property
      ☒ Reaffirm the debt
      ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
      ☒ Claimed as exempt      ☐ Not claimed as exempt

**PART B –** Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:  August 9, 2013 _____   s/Latrica S. Saygo _____
                                        Signature of Debtor


                                        s/Chadwin T. Saygo _____
                                        Signature of Joint Debtor